IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN DEWAYNE BURTON**                                                                 **PLAINTIFF**

V.                              Case No. 4:25-CV-00606-JM

**UNITED STATES GOVERNMENT and DOE**                                      **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 3rd day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE